```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                            Plaintiff,

        -against-                                    20 Civ. 6778 (AT)

SAFE PUBLICATIONS, INC.,                             **ORDER**

                            Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/2020__

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled for December 2, 2020, is ADJOURNED to **December 3, 2020**, at **10:40 a.m.** By **November 25, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge